# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN STEVEN OLAUSEN,
        Appellant,
       vs.
THE STATE OF NEVADA,
        Respondent.

No. 74825

**FILED**

MAR 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "Motion to Correct Clerical Error Based on Supreme Court's Order of Remand to Correct Error in Record." Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____
Parraguirre

_____, J.
Stiglich

cc:   Hon. Connie J. Steinheimer, District Judge
      John Steven Olausen
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

18-08483